Settlement/Hearing: February 27th,  2013
Time:  10:00 A.M.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:                                        Chapter 13
                                              Case No.12-23649 RDD

 **DEBRA P. MARIN,**

                                              **NOTICE OF SETTLEMENT**

                        Debtor(s)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

        **PLEASE TAKE NOTICE,**  that an *Order,* a true copy of which is annexed

hereto, will be presented for signature to the Hon. Robert D. Drain, United States Bankruptcy

Judge, on the 27th day of February, 2013 at 10:00 A.M. at the United States Bankruptcy Court,

300 Quarropas  Street, White Plains, New York.

        Hearings on Objections, if any, to be conducted same place, date and time.

Written objections or counterorders must be submitted to chambers by no later than close of

business *three (3) days prior* to settlement.

Dated: White Plains, New York
        January 31st,  2013

                                               /s/ Jeffrey L. Sapir
                                              **Jeffrey L. Sapir (JLS0938)**
                                              **Chapter 13 Trustee**
                                              **399 Knollwood Road**
                                              **White Plains, New York 10603**
                                              **Chapter 13 Tel. No. 914-328-6333**

TO:    United States Trustee
        33 Whitehall Street
        New York, New York 10004

        Debra P. Marin
        10 Columbus Avenue
        Valhalla, New York   19595

        Gary Gjertsen, Esq.
        Clair & Gjertsen, Esqs.
        720 White Plains Road
        Scarsdale, New York 10543

        Estate of Ana Beatriz Marin
        c/o Carla Marin, Executrix
        1762 Route 6
        Carmel, New York 10512

        Deutsche Bank National Trust Company
        4600 Regent Blvd. # 200
        Irving, Texas  75063

        Bank of America, NA
        450 American Street
        Simi Valley, California   93065

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:

                                           Chapter 13
                                           Case No.12-23649 RDD

 **DEBRA P. MARIN,**

                            Debtor(s)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### ORDER DISMISSING CHAPTER 13 CASE

The chapter 13 trustee having moved for an order dismissing this chapter 13 case; and upon

the motion and the record of the  February 27, 2013 hearing thereon, the Court having found that the

above-captioned debtor has failed to  comply with  the provisions of 11 U.S.C. §1307(c)(1),  having

created unreasonable delay that is prejudicial to creditors, and the Court also having found that the

debtor's plan is not feasible and that the debtor is unable to confirm a plan; and good cause

appearing.

**IT IS ORDERED THAT:**

This chapter 13 case is hereby dismissed.  The chapter 13 trustee shall take all actions

required by the dismissal of this case.

Dated: White Plains, New York
       February                  , 2013

                                           _____
                                           **UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:

        Chapter 13
        Case No.12-23649 RDD

**DEBRA P. MARIN,**

        **TRUSTEE'S AFFIDAVIT**

               Debtor(s)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
STATE OF NEW YORK     )
COUNTY OF WESTCHESTER  )   ss.:

        Jeffrey L. Sapir, being duly sworn, deposes and says:

       1.      He is the standing Chapter 13 Trustee.

       2.      The debtor filed a Chapter 13 proceeding on September 17th, 2012.

       3.      A hearing on confirmation was held on January 30th, 2013.

       4.      The debtor failed to comply with the provisions of 11 U.S.C. §1307(c)(1).

       5.      The debtor has failed to provide the trustee with certain of the required documentation, to wit, real estate appraisals for each of the three properties owned by the debtor.

       6.      The debtor's plan is deemed infeasible.

       7.      It does not appear that all disposable income has been designated to the plan.

       8.      Loss mitigation has been terminated.

       9.      At the aforesaid confirmation hearing held on January 30th, 2013,  the debtor's case demonstrated infeasibility and an inability to confirm.

       10.     The delay created by the debtor is prejudicial to creditors.

**WHEREFORE**, the trustee respectfully requests that the annexed order dismissing

this case  be signed.

/s/ Jeffrey L. Sapir
**Jeffrey L. Sapir**

Sworn to before me this
31st   day of January, 2013
  /s/ Jody L. Kava

Jody L. Kava
Notary Public, State of  New York
No. 4836806
Qualified in Westchester County
Term Expires:  10/31/13

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:                                                          Chapter 13
                                                                Case No.12-23649 RDD

   **DEBRA P. MARIN,**


                                     Debtor(s)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


                        **AFFIDAVIT OF MAILING**

STATE OF NEW YORK              )
COUNTY OF WESTCHESTER          )  ss.:

              Lois Rosemarie Esposito, being duly sworn, deposes and says:

              I am not a party to the action herein,  I am over the age of 18 years and reside in the

County of Westchester, State of New York. On January 31st, 2013, I served a true copy of the

within document, to the herein listed parties at the address(es) designated for that purpose, by

mailing same in a properly sealed envelope with postage prepaid thereon, in an official depository of

the United States Postal Service within the State of New York to the following:

**TO::**   United States Trustee
           33 Whitehall Street
           New York, New York 10004

           Debra P. Marin
           10 Columbus Avenue
           Valhalla, New York   19595

           Gary Gjertsen, Esq.
           Clair & Gjertsen, Esqs.
           720 White Plains Road
           Scarsdale, New York 10543

Estate of Ana Beatriz Marin
c/o Carla Marin, Executrix
1762 Route 6
Carmel, New York 10512

Deutsche Bank National Trust Company
4600 Regent Blvd. # 200
Irving, Texas  75063

Bank of America, NA
450 American Street
Simi Valley, California   93065


   /s/ Lois Rosemarie Esposito
**Lois Rosemarie Esposito**

Sworn to before me this
31st   day of January, 2013

 /s/ Jeffrey L. Sapir
Jeffrey L. Sapir
Notary Public, State of  New York
No. 02SA8764500
Qualified in Rockland County
Term Expires:  12/31/14