UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
-----------------------------------------------------------------X  
IN RE:

    DEBRA P. MARIN

                         Debtor.

-----------------------------------------------------------------X

Hearing Date: May 22, 2013  
Hearing Time: 10:00 a.m.

Case No. 12-23649

## NOTICE OF OBJECTION TO CLAIM

    The Debtor, DEBRA P. MARIN., hereby objects to Claim No. 1 filed by Estate of Ana Beatriz Marin in this bankruptcy case.

    ***YOUR CLAIM MAY BE REDUCED, MODIFIED, OR ELIMINATED.*** **You should read these papers carefully and discuss them with your attorney, if you have one.**

    If you do not want the court to eliminate or change your claim, then on or before May 15, 2013 you or your lawyer must:

    File with the court a written response to the objection, explaining your position at:

> United States Bankruptcy Court  
> Southern District of New York  
> 300 Quarropas Street  
> White Plains, New York 10601

    If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

    You must also mail a copy to:

> Clair & Gjertsen, Esqs.  
> 720 White Plains Road  
> Scarsdale, New York 10583

    Attend the hearing on the objection, scheduled to be held on May 22, 2013 at 10:00 a.m. at 300 Quarropas Street, White Plains, New York 10601.

1

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.

Dated: Scarsdale, NY
April 4, 2013

CLAIR & GJERTSEN, ESQS.

By: /s/
Gary R. Gjertsen, Esq.
Attorneys for Debtor
720 White Plains Road
Scarsdale, New York 10583
(914) 472-6202

TO:

Hon. Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Jeffrey L. Sapir, Trustee
399 Knollwood Road, Suite 102
White Plains, New York 10603

United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Dawn Kirby Arnold, Esq.
DeBello Donnellan
1 N. Lexington Avenue
White Plains, NY 10601

Carla L. Marin
Executrix, Estate of Ana Beatriz Marin
1762 Route 6
Carmel, NY 10512