-----------------------------------------------------------

Case Number: 12-23649

UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Name of Debtor:                              AFFIRMATION OF
                                             SERVICE
Debbie P. Marin

-----------------------------------------------------------

CAROLYN V. MINTER, an attorney, affirms the following under the
penalties of perjury.

1.    I was the attorney of record for Debra P. Marin in the foreclosure
action commenced by Carla Marin in Dutchess County Supreme Court, Index
Number 1298/10.

2.    That on May 30, 2012, I personally delivered to Carla Marin the
attached cancelled checks (front and back) from Debra P. Marin payable to
Beatriz Marin numbered:  183, 185, 187, 221, 222, 223, 224, 231, 220, 160, 191,
193, 199, 176, 209.

3.    That on May 30, 2012, I personally delivered to Carla Marin the
attached cancelled checks (front and back) from Debra P. Marin payable to the
Estate of Ana Marin, numbered:  310, 391, 260, 274, 348, 358.

4.    On information and belief, these checks represent about 25
mortgage payments by Debra P. Marin to either Beatriz Marin or to William
Carlin, as temporary administrator of the Estate of Beatriz Marin.

Dated:Ossining, NY
      February 5, 2013

_____
CAROLYN V. MINTER

DEBRA P. MARIN
102 Rool Avenue Ph. (845) 940-1144
Carmel, NY 10512

**310**

SS-643/670
BRANCH 77355

3/20/08 Date

Pay to the order of: The Estate of Ann Marin    | $ 3066.08

Three Thousand Sixty Six Dollars. 08/100⁴⁄ Dollars

**WACHOVIA**
Wachovia Bank, N.A.
wachovia.com

For 766 For 1/07, 1/07/08, Dee___    Debra P Marin

⑆067006432⑆ 101013806 7250⑈  0310   ⑈0000306608⑈

2½ Holmes Mortgage

0818648486
03242008
031000040 FRB-PHILA
LMT=CMMA TRC=2540 PKG=
0719455043
REF=42035
031000040 FRB-PHILA
ENT=1957 TRC=1957 PKG=

PUTNAM COUNTY
TRN01111091 03/21/2    NATIONAL BANK
CARMEL, IN
0452253600
021906808

*Title of One Mann
For Deposit Only
205307//*

DEBRA P. MARIN
102 Root Avenue Ph. (845) 940-1144
Carmel, NY 10512

391

60-845/870
BRANCH 77065

Pay to the
Order of    The Estate of Ana Marin    | $ 766 52

Seven Hundred Sixty Six Dollars 52/100 ᶜᵗ  Dollars

WACHOVIA
Wachovia Bank, N.A.
wachovia.com

For Marcho's Apartment Unit    Debra P M

⑆067006432⑆ 1010138067250⑈ 0391  ⑈000007665 2⑈

U91805210S
U3586609V82160
U5405EC2D00 PE-PHILA
ENT65100044 TREE PH PCKUP
ENT-3700 TRC-3702 PX-48
PUTNAM COUNTY
TRH01081418 03/25/2008 NATIONAL BANK
CARMEL, NY
8452213688
·021906808·

1141
73059

For Deposit Only
2053071

**DEBRA P. MARIN**
102 Root Avenue Ph. (845) 940-1141
Carmel, NY 10512

260

63-843/670
BRANCH 7704

Pay to the order of The Estate of Ava Marin

4/30 108 52 Date

$ 766 52

Seven Hundred Forty Six Dollars. 52/100 Dollars

**WACHOVIA**
Wachovia Bank, N.A.
wachovia.com

For April - mt 292 Holmes

⑊067006432⑊ 101380672500 0260 ⑊00000076652⑊

0718116205
05062008
031000040 FRB-PHILA

TR#01131696 05/05/2008

PUTNAM COUNTY
NATIONAL BANK
CARMEL, NY
8452253688
: 021906808<

1111 20184

Cortez of America
For Deposit Only
2053071

**DEBRA P. MARIN**
102 Root Avenue Ph. (845) 940-1144
Carmel, NY 10512

274

Pay to the order of *The Estate of Ana Marin*    Date 6/11/08    $ 766 52

*Seven Hundred Sixty Six Dollars* 52/100 X Dollars

**WACHOVIA**
Wachovia Bank, N.A.
wachovia.com

For *Mari, MK 292 Holmes*    *DeBra*

⑆067006432⑆ 101013806 7250⑈ 0274

621905208-001-06/11/2008-02:29:42 PM

*Estate of One Main*
*For Deposit Only*
*2053071*

**DEBRA P. MARIN**
102 Root Avenue Ph. (845) 940-1144
Carmel, NY 10512

**348**

63-649/670
BRANCH 7035

7/2/08

Pay to the order of ~~The Estate of Ana Marin~~    $766 52

~~Seven Hundred Sixty Six Dollars 52/100~~ Dollars

**WACHOVIA**
Wachovia Bank, N.A.
wachovia.com

For ~~June Mtge Holmes~~    Debra M

⑆067006432⑆ 1010138067250⑈ 0348

A21946B0R-AA1-A7/18/2008-A7:25:25 PM

Estate of Ann Marie
For Deposit Only
2053071

DEBRA P. MARIN
102 Root Avenue Ph. (845) 940-1144
Carmel, NY 10512

358

8/5/08

Pay to the order of    The Estate of Ana Marin        $ 766 52

Seven Hundred Sixty Six Dollars. 52/100      Dollars

WACHOVIA
Wachovia Bank, N.A.
wachovia.com

For    Judy Meyer Holmes

⑆067006432⑆ 101013806725 0⑈ 0358

021906898-003-06/09/2006-08:59:33 AM

Estate of Mari
for Deposit Only
2053071

DEBRA MARIN
1122 B Summit Trails Circle
West Palm Beach, FL 33415

183

63-643/670
BRANCH 17085

1/22/07

DATE

PAY TO THE
ORDER OF    Beatriz Marin                              $ 766 52/100

Seven hundred Sixty Six Dollars  52/100    DOLLARS

WACHOVIA
Wachovia Bank, N.A.
wachovia.com

FOR    January Rent                    Debra M

⑆067006432⑆ 101013806 7250⑈ 0183  ⑇00000766652⑈







**DEBRA MARIN**
1122 D Summit Trails Circle
West Palm Beach, FL 33415

187

3/26/07

DATE

PAY TO THE
ORDER OF   Beatriz Marin                                    $ 766 52

Seven Hundred Sixty Six Dollars, 52/100 X DOLLARS

**WACHOVIA**
Wachovia Bank, N.A.
wachovia.com

FOR  March mtge                    Debra P M

⑈067006437⑈ 10 10 13806 7250⑈ 0187  ⑈00000 76652⑈



DEBRA MARIN
1122 B Summit Trails Circle
West Palm Beach, FL 33415

221

63-643/670
BRANCH #/065

3|21|07

DATE

PAY TO THE
ORDER OF    Beatriz Marin                    | $ 766.52

Seven Hundred Sixty Six Dollars 52/100 XY    DOLLARS

WACHOVIA
Wachovia Bank, N.A.
wachovia.com

FOR April mtg

⑆067006432⑆1010138067250⑈ 0221 ⑈00000076652⑈



**DEBRA MARIN**
1122 B Summit Trails Circle
West Palm Beach, FL 33415

222

63-643/670
BRANCH 1/086

5/29/07

DATE

PAY TO THE ORDER OF Beatriz Marin                    $ 766 52

Seven Hundred Sixty Six Dollars 52/100xx DOLLARS

**WACHOVIA**
Wachovia Bank, N.A.
wachovia.com

FOR Stommie 20a Holmes          Debra M.

⑈067006432⑈ 1010138067250⑈ 0222 ⑈0000076652⑈

0836167912
06112007
0718u           0019
06112007
081000040        1414
TRANSMBY

CARMEL NY

8452253683

021000984





DEBRA MARIN
1122 B Summit Trails Circle
West Palm Beach, FL 33415

224

812107

DATE 52

PAY TO THE ORDER OF Beatriz Marin                    $ 766

Seven Hundred Sixty Six Dollars 52/100 XX DOLLARS

WACHOVIA
Wachovia Bank, N.A.
wachovia.com

FOR July M he 292 Helmushy           Debra P Marin

⑆067006432⑆ 101013806 7250⑈ 0224 ⑆000007665 2⑈



**DEBRA MARIN**
1122 B Summit Trails Circle
West Palm Beach, FL 33415

231

63-643/670
BRANCH 77036

DATE  10/30/07

PAY TO THE ORDER OF  Beatriz Marin    $ 766 52

Seven Hundred Sixty Six Dollars. 52/100 XX    DOLLARS

**WACHOVIA**
Wachovia Bank, N.A.
wachovia.com

FOR October 2/2 Holmes    Debra P Marin

⑆067006432⑆ 1010138067250⑆ 0231 ⑆00000766652⑆



**DEBRA MARIN**
1122 B Summit Trails Circle
West Palm Beach, FL 33415

220

63-643/670
BRANCH 77065

DATE 7/26/07

PAY TO THE ORDER OF  Beatriz Marin          $ 766 52

Seven Hundred Sixty Six Dollars, 52/100                    DOLLARS

WACHOVIA
Wachovia Bank, N.A.
wachovia.com

FOR  Dec Rent

Debra P. M

⑆067006432⑆ 40 10 138067250⑈ 0220 ⑈000007665 2⑈



DEBRA MARIN
1122 B Summit Trails Circle
West Palm Beach, FL 33415

160

83-643/670
BRANCH 7085

June 7. 06

PAY TO THE
ORDER OF    Beatriz Marin                      $ 1700⁻

Seventeen Hundred Dollars  00/100xx                DOLLARS

WACHOVIA
Wachovia Bank, N.A.
wachovia.com

FOR  May / June Mtge          Debra P Marin

⑆067006432⑆ 1010138067250⑈ 0160  ⁄0000170000⁄



**DEBRA MARIN**
1122 B Summit Trails Circle
West Palm Beach, FL 33415

191

66-548/670
BRANCH 7708

7/25/06

DATE

PAY TO THE
ORDER OF   Beatriz Marin                                   $ 850 —

Eight Hundred Fifty Dollars  00/100XX   DOLLARS

**WACHOVIA**
Wachovia Bank, N.A.
wachovia.com

FOR   July Mary 262

⑆067006432⑆ 1010138067250⑈  0191   ⑇000008500000⑆



https://image.wellsfargo.com/imageman/getImage.do?imageId=1&cid=1317484026115        10/1/2011

**DEBRA MARIN**
1122 B Summit Trails Circle
West Palm Beach, FL 33415

193

83-843/670
BRANCH 7700

DATE 8/23/10

PAY TO THE ORDER OF Beatrice Marin        $ 800.00

Eight Hundred Dollars 00/100        DOLLARS

**WACHOVIA**
Wachovia Bank, N.A.
wachovia.com

FOR _____        Debra Marin

⑈067006432⑈ 101013806725011  0193  ⑈00000080000⑈



**DEBRA MARIN**
1122 B Summit Trails Circle
West Palm Beach, FL 33415

199

53-843/670
BRANCH 77065

10 | 3 | 06
DATE

PAY TO THE
ORDER OF  Beatriz Marin                    $766 52

Seven Hundred Sixty Six Dollars  52/100 DOLLARS

**WACHOVIA**
Wachovia Bank, N.A.
wachovia.com

FOR September Mtg 202          Debra P M

⑆067006432⑆ 101013806 7250⑈ 0199   ⑈0000076652⑈

https://image.wellsfargo.com/imageman/getImage.do?imageId=0&cid=1317398133410      9/30/2011







**DEBRA MARIN**
1122 B Summit Trails Circle
West Palm Beach, FL 33415

209

63-643/670
BRANCH 77065

DATE 11/27/106

PAY TO THE ORDER OF Beatriz Marin    $766 82

Seven Hundred Sixty Six Dollars 52/100    DOLLARS

**WACHOVIA**
Wachovia Bank, N.A.
wachovia.com

FOR Nov Mtge Holmes    Debra M

⑈067006432⑈ 1010138067250⑈ 0209 ⑈0000076652⑈



TRANSMISSION VERIFICATION REPORT

```
TIME   : 02/05/2013 18:58
NAME   : CAROLYN V MINTER ESQ
FAX    : 19149440149
TEL    :
SER.#  : U62700A2N495967
```

```
DATE,TIME         02/05  18:50
FAX NO./NAME      5172686
DURATION          00:07:57
PAGE(S)           43
RESULT            OK
MODE              STANDARD
```

Case Number: 12-23649

UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Name of Debtor:

Debbie P. Marin

AFFIRMATION OF
SERVICE

CAROLYN V. MINTER, an attorney, affirms the following under the

penalties of perjury.

1.    I was the attorney of record for Debra P. Marin in the foreclosure

action commenced by Carla Marin in Dutchess County Supreme Court, Index

Number 1298/10.

2.    That on May 30, 2012, I personally delivered to Carla Marin the

attached cancelled checks (front and back) from Debra P. Marin payable to

Beatriz Marin numbered:  183, 185, 187, 221, 222, 223, 224, 231, 220, 160, 191,

193, 199, 176, 209.

3.    That on May 30, 2012, I personally delivered to Carla Marin the

attached cancelled checks (front and back) from Debra P. Marin payable to the

---------------------------------------------------------------    Case Number: 12-23649

UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Name of Debtor:                                              AFFIRMATION OF
                                                             SERVICE
Debbie P. Marin

---------------------------------------------------------------

      CAROLYN V. MINTER, an attorney, affirms the following under the

penalties of perjury.

      1.     I was the attorney of record for Debra P. Marin in the foreclosure

action commenced by Carla Marin in Dutchess County Supreme Court, Index

Number 1298/10.

      2.     That on May 30, 2012, I personally delivered to Carla Marin the

attached cancelled checks (front and back) from Debra P. Marin payable to

Beatriz Marin numbered:  310, 391, 260, 274, 348, 358, 183, 185, 187, 221, 222,

223, 224, 231, 220, 160, 191, 193, 199, 176, 209.

      3.     That on May 30, 2012, I personally delivered to Carla Marin the

attached cancelled checks (front and back) from Debra P. Marin payable to

William Carlin, numbered:  310, 391, 260, 274, 348, 358.

      4.     On information and belief, these checks represent about 25

mortgage payments by Debra P. Marin to either Beatriz Marin and William Carlin,

as temporary administrator of the Estate of Beatriz Marin.

Dated: Ossining, NY

                                                  _____

                                                CAROLYN V. MINTER