---------------------------------------------------------
UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Name of Debtor:

Debbie P. Marin

---------------------------------------------------------

Case Number: 12-23649

AFFIRMATION OF SERVICE

CAROLYN V. MINTER, an attorney, affirms the following under the penalties of perjury.

1.    That on November 21, 2012, I mailed the attached checks numbered 0962, 0963 and 0964 payable to the Estate of Beatriz Marin by enclosing the checks in a postpaid sealed wrapper properly addressed to:

CARLA L. MARIN
1762 Route 6
Carmel, NY 10512

And deposited said wrapper in a post office – official depository under the exclusive care and custody of the United States Postal Service within New York State.

Dated: Ossining, NY
Nov. 21, 2012

_____
CAROLYN V. MINTER

C

**Check 0962**
DEBRA MARIN
WILLIAM LAVALLE
10 COLUMBUS AVE.
VALHALLA, NY 10595
63-643/670
BRANCH 77065

Date: 11/19/12
Pay to the Order of: Estate of Beatriz Marin
$766.52
Seven Hundred Sixty Six Dollars. 52/100xx Dollars

WACHOVIA
Wachovia Bank, a division of Wells Fargo Bank, N.A.

For: 358 Rt 292 Holmes NY Oct 2012 Paymt
[signature]

:067006432: 1010138067250  0962

**Check 0963**
DEBRA MARIN
WILLIAM LAVALLE
10 COLUMBUS AVE.
VALHALLA, NY 10595
63-643/670
BRANCH 77065

Date: 11/19/12
Pay to the Order of: Estate of Beatriz Marin
$766.52
Seven Hundred Sixty Six Dollars. 52/100xx Dollars

WACHOVIA
Wachovia Bank, a division of Wells Fargo Bank, N.A.

For: 358 Rt 292 Holmes NY Nov 2012 mortgage Paymt
[signature]

:067006432: 1010138067250  0963

**Check 0964**
DEBRA MARIN
WILLIAM LAVALLE
10 COLUMBUS AVE.
VALHALLA, NY 10595
63-643/670
BRANCH 77065

Date: 11/19/12
Pay to the Order of: Estate of Beatriz Marin
$766.52
Seven Hundred Sixty Six Dollars. 52/100xx Dollars

WACHOVIA
Wachovia Bank, a division of Wells Fargo Bank, N.A.

For: 358 Rt 292 Holmes NY December Mtg pymt
[signature]

:067006432: 1010138067250  0964

WWL 11/21/12

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Case Number: 12-23649

Name of Debtor:

AFFIRMATION OF SERVICE

Debbie P. Marin

---

CAROLYN V. MINTER, an attorney, affirms the following under the penalties of perjury.

1.   That on December 26, 2012, I mailed the attached check number 101 payable to the Estate of Beatriz Marin by enclosing the check in a postpaid sealed wrapper properly addressed to:

CARLA L. MARIN
1762 Route 6
Carmel, NY 10512

And deposited said wrapper in a post office – official depository under the exclusive care and custody of the United States Postal Service within New York State.

Dated: Ossining, NY

Dec 26, 2012

_____
CAROLYN V. MINTER

