UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

In Re                                              Case No.  12-23649(rdd)

**DEBRA MARIN**

                                                   Chapter 13
                                                   Supplemental Affidavit

                                    Debtor.
--------------------------------------------------------------------X


STATE OF NEW YORK          )
                           ) ss:
COUNTY OF WESTCHESTER      )


        DEBRA P. MARIN, being duly sworn deposes and says:


        1.      I am the Debtor in the above referenced proceeding and submit this

Supplemental Affidavit to my April 4, 2013 Objection to Claim to show I made

thirty (30) not twenty-five (25) mortgage payments for the property located at 358

Route 292 Holmes, NY.

        2.      Since the April 4 filing, I found an additional cancelled check, my

Wachovia (Wells Fargo) check number 188, dated October 1, 2007,  payable to

Beatriz Marin in the amount of $1,533.04,  representing two mortgage payments:

August and September 2007.  (Attached)

        3.      I am attempting to locate cancelled checks for three additional

mortgage payments ( the August, September and October 2008 mortgage

payments) that I made to the Temporary Estate Administrator, William Carlin, to supplement the cancelled checks attached to the Affirmation of Carolyn V. Minter dated February 5, 2013.

4.    Although I do not have the cancelled checks, Mr. Carlin acknowledged receipt of these three payments in his final accounting. The relevant page from Mr. Carlin's final accounting and his spread sheet, are attached hereto. To my knowledge, the Estate has not disputed this accounting.

5.    Item 21 of his final accounting indicates Mr. Carlin received $9,198.24 from me, or twelve (12) mortgage payments.  $766.52 x 12 = $9,198.24.

Dated:      May 15, 2013

DEBRA P. MARIN

Sworn to before me this 15th day of May, 2013

NOTARY PUBLIC OF THE STATE OF NEW YORK

GARY R. GJERTSEN
Notary Public, State of New York
No. 5003518
Qualified in Westchester County
My Commission Expires October 26, 2014

2/11/13                                                    Wells Fargo View Check Copy

 **Wells Fargo Online®**

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 188 | 10/11/07 | $1,533.04 | CHECKING XXXXXXXXX7250 |





☗ Equal Housing Lender
© 1995 - 2013 Wells Fargo. All rights reserved.

| ITEM | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 21. | Mortgage Payments - Debra Marin | | |
| | 2008 | | 9,198.24 |
| | 2009 | | - |
| | Total | | 9,198.24 |
| 22. | Tax Refunds | | |
| | 5/07/08  NYS Income Tax | | 200.00 |
| | 6/18/08  US Treasury | | 300.00 |
| | 10/27/08 STAR Rebate | | 703.84 |
| | | | 1,203.84 |
| 23. | Security Deposits | | |
| | 10/29/08  206 Hill & Dale Road, Carmel NY | $ | 1,100.00 |
| | 12/02/08  816-820 Route 22, Brewster NY | | 1,500.00 |
| | 5/26/09  431 Route 312 Brewster, NY | | 1,100.00 |
| | Total | | 3,700.00 |

**TOTAL SCHEDULE A-2**                                   $      **722,475.86**

Estate of Alice R. Martin File # 2007-3070A

Putnam County National Bank Account # 20050071

**RECEIPTS**

| Deposit Date | Description | Amount | Total Deposit | rates | cash mortgage | mtl mortgage | debt mortgage | other income | interest income | principal received |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/20/2006 | Cash Rent Deposits - Nov - Feb - per rent roll | 22,731.00 | 22,731.00 | 22,731.00 | | | | | | |
| 2/20/2006 | Cash Rent Deposits - Nov - Feb - per rent roll | 22,641.28 | 22,641.28 | 22,641.28 | | | | | | |
| 3/2/2006 | Carl Martin - mortgage payment - check | | | | | | | | | |
| 3/2/2006 | Carl Martin - Jan mortgage payment - check #1865 | 12,000.00 | | | 12,000.00 | | | | | |
| 3/2/2006 | Carl Martin - Feb mortgage payment - check #1899 | 1,100.00 | | | 1,100.00 | | | | | |
| 3/2/2006 | Philip Martin - Jan mortgage payment - check #199 | 1,166.72 | | | | 1,166.72 | | | | |
| 3/2/2006 | Philip Martin - Feb mortgage payment - check #192 | 1,484.92 | | | | 1,484.92 | | | | |
| 3/2/2006 | Philip Martin - late mortgage payment -check #193 | 1,484.92 | | | | 1,484.92 | | | | |
| 3/9/2006 | close posit account # 50012490 - security amount to freeze | 60.00 | 60.00 | | | | | | | 40.00 |
| 3/9/2006 | Close posit account # 67540 | 7,768.54 | 7,768.54 | | | | | | | 1,768.54 |
| 3/9/2006 | Close posit account # 67540 | 5,815.09 | 5,815.09 | | | | | | | 5,815.09 |
| 3/9/2006 | Close posit account # 54CpHH | 50,876.76 | 50,876.76 | | | | | | | 50,876.76 |
| 3/4/2006 | Cash Rent Deposits - Feb & march - per rent roll | 8,585.00 | 8,585.00 | 8,586.00 | | | | | | 4,973.00 |
| 3/4/2006 | Cash Rent Deposits - Feb - per rent roll | 1,500.00 | 1,500.00 | 1,500.00 | | | | | | |
| 3/4/2006 | cash on hand | | | | | | | | | 60.00 |
| 3/4/2006 | Open Men - close | 1,180.00 | 10,145.00 | 1,180.00 | | | | | | |
| 3/6/2006 | Open TD Ameritrade Account #474170000 | 4,015.21 | 5,115.21 | | | | | | | 4,015.21 |
| 3/6/2006 | Cash Rent Deposits - Dec - per rent roll | 4,780.83 | | 4,780.83 | | | | | | |
| 3/10/2006 | Close TD Ameritrade Account #474170000 | 5,417.28 | 10,197.92 | | | | | | | 5,417.28 |
| 3/10/2006 | Cash Rent Deposits - Jan - Mar - per rent roll | 8,010.00 | 8,010.00 | 8,010.00 | | | | | | |
| 3/17/2006 | Carl Martin - mar mortgage payment | 5,640.00 | | | 5,640.00 | | | | | |
| 3/17/2006 | Philip Martin - mar mortgage payment | 1,500.00 | 7,140.00 | | | 1,500.00 | | | | |
| 3/17/2006 | Cash Rent Deposits - per rent roll | 3,299.83 | 3,799.83 | 3,299.83 | | | | | | |
| 3/21/2006 | Carl Martin - April mortgage payment | 1,167.00 | | 1,167.00 | | | | | | |
| 3/21/2006 | Carla Martin - Deposits into Triten Trust after 115617 | 2,950.00 | 3,067.00 | 2,950.00 | | | | | | |
| 5/21/2006 | Brine - cash rent March, temperar, vex | 14,975.00 | 14,975.00 | | | | | | | |
| 5/21/2006 | Cash Rent Deposits - April - per rent roll | 2,600.00 | 2,600.00 | 2,600.00 | | 2,969.24 | | | | |
| 3/29/2006 | Debra Martin - mortgage payment 3/07 | 3,066.08 | 25,151.94 | | | | 3,066.08 | | | 139.51 to intern trust, 1079 int ss, 123.51 int dist |
| 3/29/2006 | Debra Martin - mortgage payment 3/07 | 766.52 | | | | | 766.52 | | | |
| 4/2/2006 | Open key Bank acct | 2,415.44 | 2,415.44 | | | | | | | 2,415.44 |
| 4/1/2006 | Check Rent Deposits - Apr - per rent roll | 2,600.00 | 2,600.00 | 2,000.00 | | | | | | |
| 4/1/2006 | Check Rent Deposits - Apr - per rent roll | 3,440.00 | 6,040.00 | 3,440.00 | | | | | | |
| 4/9/2006 | Cash Rent Deposits - Apr - per rent roll | 970.00 | 970.00 | 900.00 | | | | | | |
| 4/10/2006 | Check Rent Deposits - Apr - per rent roll | 2,675.00 | 2,675.00 | 2,675.00 | | | | | | |
| 4/10/2006 | Check Rent Deposits - Apr - per rent roll | 8,600.00 | 8,600.00 | 8,600.00 | | | | | | |
| 4/10/2006 | Check Rent Deposits - Apr - per rent roll | 3,300.00 | 3,300.00 | 3,300.00 | | | | | | |
| 4/10/2006 | Phil Martin - Apr mortgage payment | 766.52 | | | | 766.52 | | | | |
| 4/14/2006 | Check Rent Deposits - Apr - per rent roll | 12,450.00 | 12,450.00 | | | | | | | |
| 4/14/2006 | Check Rent Deposits - Apr - per rent roll | 2,480.63 | 2,480.63 | 2,480.63 | | | | | | |
| 4/15/2006 | Cash Rent Deposits - per rent roll | 2,100.00 | 2,100.00 | 2,100.00 | | 1,500.00 | | | | |
| 4/15/2006 | Carl Martin - mortgage payment | 167.00 | 167.00 | | 1,167.00 | | | | | |
| 4/24/2006 | Cash Rent Deposits - Apr - per rent roll | 2,000.00 | 2,000.00 | 2,000.00 | | | | | | |
| 4/24/2006 | close provident bank account - (annuity turn existing) | 1,835.06 | 1,835.06 | 2,000.00 | | | | | | |
| 4/28/2006 | Check Rent Deposits - Apr - per rent roll | 900.00 | 900.00 | 900.00 | | | | | 200.00 | |
| 4/28/2006 | Cash Rent Deposits - Apr - per rent roll | 850.00 | 850.00 | | | | | | | |
| 5/1/2006 | Check Rent Deposits - May - per rent roll | 1,100.00 | 1,100.00 | 900.00 | | | | | | |
| 5/1/2006 | Check Rent Deposits - May - per rent roll | 1,200.00 | 1,200.00 | 1,200.00 | | | | | | |
| 5/5/2006 | Debra Martin - mortgage payment | | | | | | | | | |
| 5/5/2006 | Check Rent Deposits - May - per rent roll | 3,360.00 | 3,965.52 | 3,360.00 | | | | | | |
| 5/8/2006 | Carl Martin - May mortgage payment | 5,675.00 | 5,675.00 | | 5,675.00 | | | | | |
| 5/8/2006 | Cash Rent Deposits - May - per rent roll | 3,250.00 | 3,250.00 | 3,300.00 | | | | | | |
| 5/8/2006 | NY State income tax refund | 1,000.00 | 1,000.00 | | | | | | | |
| 5/8/2006 | Check Rent Deposits - May - per rent roll | 900.00 | 900.00 | 800.00 | | | | | | |
| 5/8/2006 | Check Rent Deposits - May - per rent roll | 2,160.00 | 2,160.00 | 2,000.00 | | | | | | |
| 5/10/2006 | Check Rent Deposits - May - per rent roll | 890.00 | 890.00 | 800.00 | | | | | | |
| 5/12/2006 | Check Rent Deposits - May - per rent roll | 2,000.00 | 2,000.00 | 2,000.00 | | | | | | |
| 5/15/2006 | Check Rent Deposits - May - per rent roll | 3,080.00 | 3,080.63 | 3,080.63 | | | | | | |
| 5/22/2006 | Check Rent Deposits - May - per rent roll | 700.00 | 700.00 | 700.00 | | | | | | |
| 5/22/2006 | Check Rent Deposits - May - per rent roll | 2,000.00 | 2,000.00 | 2,000.00 | | | | | | |
| 5/31/2006 | cash - mahomza electric - trnm | | | | | | | | | |
| 5/31/2006 | Check Rent Deposits - June - per rent roll | 110.75 | 7,810.75 | 1,700.00 | | | | | 102.75 | |
| 6/2/2006 | Cash Rent Deposits - June - per rent roll | 2,470.00 | | 2,470.00 | | | | | | |
| 6/2/2006 | cash - mahomza electric - trnm | (155.00) | 5,725.00 | 3,404.00 | | | | | (155.00) | |

Putnam County National Bank Account # 2053071

**RECEIPTS**

| Deposit Date | Description | Amount | Total Deposited | rents | cam mortgage | phil mortgage | deb mortgage | other income | interest income | principal received |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/30/2006 | Cash Rent Deposit - June - per rent roll | 2,975.00 | 2,975.00 | 2,975.00 | | | | | | |
| 6/30/2006 | Cash Rent Deposit - June - per rent roll | 1,100.00 | | 1,100.00 | | | | | | |
| 5/4/2006 | Carl Marchi - note mortgage payment | 1,167.00 | 2,267.00 | | 1,167.00 | | | | | |
| 8/1/2006 | Debra Marin - mortgage payment $407 | 786.52 | | | | | 786.52 | | | |
| 8/1/2006 | Check Rent Deposits - June - per rent roll | 1,800.00 | 2,586.52 | 1,800.00 | | | | | | |
| 6/13/2006 | Philip Marin - note mortgage payment | 1,500.00 | | | | 1,500.00 | | | | |
| 6/13/2006 | Check Rent Deposits - June - per rent roll | 1,500.00 | 3,000.00 | 1,500.00 | | | | | | |
| 6/16/2006 | Check Rent Deposits - June - per rent roll | 6,250.00 | 6,250.00 | 6,250.00 | | | | | | |
| 6/16/2006 | Check Rent Deposits - June - per rent roll | 4,580.63 | 4,580.63 | 4,580.63 | | | | | | |
| 6/19/2006 | Cash Rent Deposit - June - per rent roll | 1,500.00 | | 1,500.00 | | | | | | |
| 6/19/2006 | Cash Rent Deposit - June - per rent roll | 1,600.00 | 1,500.00 | | | | | 300.00 | | |
| 6/22/2006 | Cash Rent Deposit - June - per rent roll | 2,000.00 | 2,000.00 | 2,000.00 | | | | | | |
| 6/24/2006 | Close acct account # 9299554 / 4970/5094 # 9262407 | 19,925.78 | 19,925.78 | | | | | | | 19,925.78 |
| 6/26/2006 | Check Rent Deposit - June - per rent roll | 1,700.00 | 1,700.00 | 1,700.00 | | | | | | |
| 7/1/2006 | Cash Rent Deposit - July - per rent roll | 1,000.00 | 1,000.00 | 1,000.00 | | | | | | |
| 7/1/2006 | Cash Rent Deposit - July - per rent roll | 1,000.00 | 2,000.00 | 1,000.00 | | | | | | |
| 7/7/2006 | Check Rent Deposits - June - per rent roll | 800.00 | | 800.00 | | | | | | |
| 7/7/2006 | Check Rent Deposits - June - per rent roll | 1,000.00 | 1,000.00 | | | | | | | |
| 7/10/2006 | Cash Rent Deposit - July - per rent roll | 10,600.00 | 10,600.00 | 10,600.00 | | | | | | |
| 7/10/2006 | Check Rent Deposits - July - per rent roll | 1,600.00 | | 1,600.00 | | | | | | |
| 7/18/2006 | Debra Marin - mortgage payment $407 | 786.52 | 786.52 | | | | 786.52 | | | |
| 7/18/2006 | Check Rent Deposits - July - per rent roll | 6,080.63 | 6,080.63 | 6,080.63 | | | | | | |
| 7/18/2006 | Philip Marin - July mortgage payment | 1,500.00 | | | | 1,500.00 | | | | |
| 7/18/2006 | Carl Marin - July mortgage payment | 1,167.00 | 1,167.00 | | 1,167.00 | | | | | |
| 7/18/2006 | Check Rent Deposit - July - per rent roll | 1,500.00 | 10,047.63 | 1,500.00 | | | | | | |
| 7/22/2006 | Cash Rent Deposit - July - per rent roll | 3,000.00 | 3,000.00 | 3,000.00 | | | | | | |
| 7/22/2006 | cash - reimburse roof coating - williams | (74.00) | | | | | | (74.00) | | |
| 7/27/2006 | Check Rent Deposits - July - per rent roll | 1,700.00 | 2,926.00 | 1,700.00 | | | | | | |
| 8/3/2006 | Check Rent Deposits - July - per rent roll | 1,250.00 | 1,250.00 | | | | | | | |
| 8/5/2006 | Check Deposit - Aug - per rent roll | 800.00 | | 800.00 | | | | | | |
| 8/5/2006 | Check Rent Deposits - Aug - per rent roll | 2,400.00 | 2,400.00 | 2,400.00 | | | | | | |
| 8/8/2006 | Check Rent Deposits - Aug - per rent roll | 7,100.00 | | 7,100.00 | | | | | | |
| 8/8/2006 | Check Rent Deposits - Aug - per rent roll | 2,680.00 | | 2,680.00 | | | | | | |
| 8/8/2006 | Debra Marin - mortgage payment $407 | 786.52 | 10,946.52 | | | | 786.52 | | | |
| 8/12/2006 | Check Rent Deposits - Aug - per rent roll | 3,225.00 | | 3,225.00 | | | | | | |
| 8/12/2006 | Check Rent Deposits - Aug - per rent roll | 1,500.00 | | 1,500.00 | | | | | | |
| 8/12/2006 | Philip Marin - Aug mortgage payment | 1,500.00 | 9,225.00 | | | 1,500.00 | | | | |
| 8/15/2006 | Check Rent Deposits - Aug - per rent roll | 3,580.63 | 3,580.63 | 3,580.63 | | | | | | |
| 8/20/2006 | Interest 7/25 - 8/20/06 | 760.03 | 760.03 | | | | | | 760.03 | |
| 8/22/2006 | Check Rent Deposits - Aug - per rent roll | 1,424.00 | | 1,424.00 | | | | | | |
| 8/22/2006 | Carl Marin - Aug mortgage payment | 1,167.00 | 2,591.00 | | 1,167.00 | | | | | |
| 8/31/2006 | Interest 8/21 - 8/31/06 | 68.26 | 68.26 | | | | | | 68.26 | |
| 9/1/2006 | Check Rent Deposits - Aug - per rent roll | 1,000.00 | 1,000.00 | 1,000.00 | | | | | | |
| 9/5/2006 | Check Rent Deposits - Sept - per rent roll | 800.00 | 800.00 | 800.00 | | | | | | |
| 9/4/2006 | Cash Rent Deposit - Aug - per rent roll | 3,611.20 | 3,611.20 | 3,611.20 | | | | | | |
| 9/4/2006 | Check Rent Deposits - Sept - per rent roll | 975.00 | 975.00 | 975.00 | | | | | | |
| 9/4/2006 | Check Rent Deposits - Aug - per rent roll | 900.00 | | 900.00 | | | | | | |
| 9/6/2006 | Check Rent Deposits - Aug - per rent roll | 1,100.00 | 7,696.00 | 1,100.00 | | | | | | |
| 9/27/2006 | Check Rent Deposits - Aug - per rent roll | 800.00 | 1,600.00 | 800.00 | | | | | | |
| 9/11/2006 | Cash Rent Deposit - Aug - per rent roll | 200.00 | | 200.00 | | | | | | |
| 9/11/2006 | Cash Rent Deposit - Aug - per rent roll | 250.00 | | 250.00 | | | | | | |
| 9/11/2006 | cash box - reduce to petty cash | (150.00) | | | | | | (150.00) | | |
| 9/11/2006 | Check Rent Deposits - Sept - per rent roll | 5,000.00 | 5,000.00 | 5,000.00 | | | | | | |
| 9/13/2006 | Check Rent Deposits - Sept - per rent roll | 1,650.00 | | 1,650.00 | | | | | | |
| 9/13/2006 | Philip Marin - Sept mortgage payment | 1,500.00 | 6,240.00 | | | 1,500.00 | | | | |
| 9/11/2006 | Cash Rent Deposit - Sept - per rent roll | 3,350.00 | 3,350.00 | 3,350.00 | | | | | | |
| 9/17/2006 | Check Rent Deposits - Sept - per rent roll | 1,700.00 | 1,700.00 | 1,700.00 | | | | | | |
| 9/17/2006 | Carl Marin - mortgage payment $407 | 786.52 | | | | | 786.52 | | | |
| 9/17/2006 | Carl Marin - Sept mortgage payment | 1,167.00 | | | 1,167.00 | | | | | |
| 9/17/2006 | Check Rent Deposits - Sept - per rent roll | 1,400.00 | 8,863.52 | 1,400.00 | | | | | | |
| 9/30/2006 | Interest 8/31 - 9/30/06 | 71.25 | 71.25 | | | | | | 71.25 | |
| 10/1/2006 | Check Rent Deposits - Sept - per rent roll | 800.00 | | 800.00 | | | | | | |
| 10/1/2006 | Check Rent Deposits - Sept - per rent roll | 1,500.00 | 2,300.00 | 1,500.00 | | | | | | |
| 10/5/2006 | Check Rent Deposits - Oct - per rent roll | 1,650.00 | 3,150.00 | 1,650.00 | | | | | | |
| 10/7/2006 | Check Rent Deposits - Oct - per rent roll | 7,525.00 | 7,525.00 | 7,525.00 | | | | | | |
| 10/10/2006 | Check Rent Deposits - Oct - per rent roll | 3,600.00 | | 3,600.00 | | | | | | |
| 10/10/2006 | Check Rent Deposits - Oct - per rent roll | 1,600.00 | | 1,600.00 | | | | | | |
| 10/14/2006 | Check Rent Deposits - oct - per rent roll | 2,900.00 | 5,200.00 | 2,900.00 | | | | | | |



Estate of Ava B. Mahr File # 2007-2070A

Putnam County National Bank Account # 2053071

**RECEIPTS**

| Deposit Date | Description | Amount | Total Deposit | rents | cart mortgage | phil mortgage | deb mortgage | other income | interest income | principal received |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/14/2008 | Cash Rent Deposits - oct - per rent roll | 3,000.00 | 3,000.00 | 3,000.00 | | | | | | |
| 10/20/2008 | Debra Mahr - mortgage payment 1007 | 768.82 | 768.82 | | | | 768.82 | | | |
| 10/20/2008 | Phila Mahr - Oct mortgage payment | 1,500.00 | 1,500.00 | | | 1,500.00 | | | | |
| 10/20/2008 | Cash Rent Deposits - oct - per rent roll | 200.00 | 200.00 | 200.00 | | | | | | |
| 10/27/2008 | Cash Rent Deposits - oct - per rent roll | 3,290.63 | 5,747.15 | 3,290.63 | | | | | | |
| 10/27/2008 | Carl Mahr - Oct mortgage payment | 1,147.00 | | | 1,147.00 | | | | | |
| 10/27/2008 | Site Refund Check | 703.84 | 703.84 | | | | | 703.84 | | |
| 10/27/2008 | Cash Rent Deposits - oct - per rent roll | 600.00 | | 600.00 | | | | | | |
| 10/27/2008 | Check Rent Deposits - sept - per rent roll | 900.00 | 3,570.84 | 900.00 | | | | | | |
| 10/29/2008 | Check Rent Deposits - nov - per rent roll | 1,100.00 | | 1,100.00 | | | | | | |
| 10/30/2008 | Security Deposit - Lenox | 1,100.00 | 2,200.00 | | | | | 1,100.00 | | |
| 10/30/2008 | Interest 10/01 - 10/31 | 44.67 | 44.67 | | | | | | 44.67 | |
| 11/3/2008 | Check Rent Deposits - nov - per rent roll | 5,380.00 | | 5,380.00 | | | | | | |
| 11/6/2008 | Cash Rent Deposits - nov - per rent roll | 2,375.00 | 7,755.00 | 2,375.00 | | | | | | |
| 11/7/2008 | Cash Rent Deposits - nov - per rent roll | 1,100.00 | | 1,100.00 | | | | | | |
| 11/7/2008 | Cash Rent Deposits - nov - per rent roll | 1,100.00 | | 1,100.00 | | | | | | |
| 11/7/2008 | Renu deposit (legal credit) | (17.00) | 2,183.00 | | | | | (17.00) | | |
| 11/12/2008 | Check Rent Deposits - nov - per rent roll | 3,300.00 | | 3,300.00 | | | | | | |
| 11/17/2008 | Check Rent Deposits - nov - per rent roll | 4,900.00 | 8,200.00 | 4,900.00 | | | | | | |
| 11/17/2008 | Cash Rent Deposits - nov - per rent roll | 2,000.00 | | 2,000.00 | | | | | | |
| 11/17/2008 | Cash Rent Deposits - nov - per rent roll | 3,300.00 | | 3,300.00 | | | | | | |
| 11/21/2008 | Phila Mahr - Nov mortgage payment | 1,500.00 | | | | 1,500.00 | | | | |
| 11/21/2008 | Check Rent Deposits - nov - per rent roll | 1,172.00 | 6,852.00 | 1,172.00 | | | | | | |
| 11/24/2008 | Debra Mahr - nov mortgage payment 10/07 | 765.52 | | | | | 765.52 | | | |
| 11/26/2008 | Check Rent Deposits - nov - per rent roll | 3,280.63 | 5,214.15 | 3,280.63 | | | | | | |
| 11/30/2008 | Interest 11/01 - 11/30 | 56.65 | 56.65 | | | | | | 56.65 | |
| 12/1/2008 | Check Rent Deposits - dec - per rent roll | 1,100.00 | | 1,100.00 | | | | | | |
| 12/2/2008 | Check Rent Deposits - dec - per rent roll | 1,500.00 | | 1,500.00 | | | | | | |
| 12/2/2008 | Cash Rent Deposits - dec - per rent roll | 4,000.00 | | 4,000.00 | | | | | | |
| 12/2/2008 | Cash Rent Deposits - dec - per rent roll | 2,475.00 | 9,255.00 | 2,475.00 | | | | | | |
| 12/5/2008 | Check Rent Deposits - dec - per rent roll | 1,100.00 | | 1,100.00 | | | | | | |
| 12/8/2008 | Cash Rent Deposits - dec - per rent roll | 2,205.00 | 1,100.00 | 3,500.00 | | | | | | |
| 12/8/2008 | Check Rent Deposits - dec - per rent roll | 2,800.00 | | 2,800.00 | | | | | | |
| 12/12/2008 | Cash Rent Deposits - dec - per rent roll | 4,000.00 | 6,400.00 | 4,000.00 | | | | | | |
| 12/15/2008 | Cash Rent Deposits - dec - per rent roll | 900.00 | 4,900.00 | 900.00 | | | | | | |
| 12/15/2008 | Cash Rent Deposits - dec - per rent roll | 1,000.00 | | 1,000.00 | | | | | | |
| 12/15/2008 | Cash Rent Deposits - dec - per rent roll | 1,500.00 | 4,000.00 | 1,500.00 | | | | | | |
| 12/17/2008 | Check Rent Deposits - dec - per rent roll | 1,600.00 | 1,600.00 | 1,600.00 | | | | | | |
| 12/17/2008 | Phila Mahr - Dec mortgage payment | 1,500.00 | 2,300.00 | | | 1,500.00 | | | | |
| 12/23/2008 | Check - Dec mortgage payment | 1,167.00 | | | 1,167.00 | | | | | |
| 12/23/2008 | Check Rent Deposits - dec - per rent roll | 3,180.63 | 4,347.63 | 3,180.63 | | | | | | |
| 1/31/2008 | Interest 12/01 - 12/31 | 72.43 | 72.43 | | | | | | 72.43 | |
| | | | | | | | | | | |
| **TOTAL RECEIPTS** | | **530,057.42** | **530,057.42** | **371,381.96** | **28,652.72** | **20,929.08** | **9,196.24** | **4,969.81** | **1,073.19** | **98,792.42** |

