# CLAIR & GJERTSEN
ATTORNEYS AT LAW

720 WHITE PLAINS ROAD
SCARSDALE, NEW YORK 10583
914 472 6202
FAX 472 1936
EMAIL: CLAIRGJERTSEN@CS.COM OR
IRACLAIR@AOL.COM

May 21, 2013

Honorable Robert D. Drain
US Bankruptcy Court
Southern District Of New York
300 Quarropas Street
White Plains, NY 10601

RE: Debra Marin
Case # 12-23649

Dear Honorable Sir:

Please be advised that all matters on Debra Marin 12-23649 that were scheduled for May 22, 2013 at 10:00 a.m. have been adjourned on consent of all parties to July 17, 2013 at 10:00 a.m.

Please do not hesitate in contacting my office should you require further information.

Respectfully,

Gary R. Gjertsen