# CLAIR & GJERTSEN
ATTORNEYS AT LAW

720 WHITE PLAINS ROAD
SCARSDALE, NEW YORK 10583
914 472 6202
FAX 472 1936
EMAIL: CLAIRGJERTSEN@CS.COM OR
IRACLAIR@AOL.COM

Jan 27, 2014

Hon. Robert Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:   Debra Marin
             12-23649

Dear Honorable Sir:

    Please be advised that all matters in the above referenced case, have been adjourned on consent, from Jan 29, 2014 until March 12, 2014 at 10:00 am.

    Thank you for your attention in this matter.

Respectfully,

Gary R. Gjertsen