```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
In re:                               :
                                     : Case No. 12-23649
                                     : (RDD)
      DEBRA P. MARIN,                : Chapter 13
                                     :
                  Debtor.            : CONSENT ORDER
                                     : PARTIALLY LIFTING
                                     : AUTOMATIC STAY
-------------------------------------x
```

**WHEREAS,** on or about September 17, 2012, Debtor Debra P. Marin ("Debtor") filed a Voluntary Petition under chapter 13 of the United States Bankruptcy Code which is pending in this Court; and

**WHEREAS,** multiple proceedings are pending in the Surrogate's Court of the State of New York, Putnam County, File No. 207-2007, and the Surrogate's Court of the State of New York, Duchess County, File No. 2012-181, concerning the Estate of Ana Beatrix Marin ("Decedent"), including but not limited to:

1. A Petition for compulsory accounting against Philip Marin and Carla L. Marin;
2. A Petition by William Carlin to judicially settle his account as Temporary Administrator of the Decedent's estate; and
3. A proceeding for construction of the Decedent's Last Will and Testament, and an appeal from the Decision and Order of the Surrogate's Court in that proceeding (collectively, the "Surrogate's Court Proceedings");

and

**WHEREAS**, an action is pending in the Supreme Court of the State of New York, County of Duchess, to foreclose on real property located in Duchess County in which the Debtor has an interest; and

**WHEREAS,** Carla L. Marin, Executor of the Decedent's Estate, because of this pending proceeding in Bankruptcy Court, has advocated that all proceedings in the Surrogate's Court of the State of New York, concerning the Decedent's estate should be stayed because of the automatic bankruptcy stay;

**NOW IT IS HEREIN STIPULATED AND AGREED** that any automatic stay occasioned by the pending Voluntary Petition of Debra Marin in the United States Bankruptcy Court, is not applicable as against any action, matter or proceeding concerning any matter pertaining to the administration, affairs, or management of the Decedent's estate, including but not limited to the Surrogate's Court Proceedings and all other proceedings in the Surrogate's Court and/or appeals to the Second Department, <u>except</u> that the stay shall continue to apply to all foreclosure proceedings against or concerning the Debtor.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in counterparts and each separate

*F:\Clients\Marin\Consent Order.docx*

signature shall constitute part of one original and that facsimiles shall substitute as originals.

Dated: New York, New York
       March 24, 2014

/s/ Jeffrey L. Sapir_____       /s/Gary Gjertsen_____
**United States Trustee**              **Gary R. Gjertsen, Esq.**
Ch 13 Trustee                          *Attorney for Debtor*
For Jeffrey L. Sapir
    Ch 13 Trustee


                                        /s/ Charles T. Scott_____
                                        **GREENFIELD STEIN & SENIOR, LLP**
                                        **Charles T. Scott, Esq.**
                                        *Attorney for Andrea Marin*

**SO ORDERED:**


/s/Robert D. Drain_____
**Honorable Robert D. Drain**
**United States Bankruptcy Judge**
**Southern District of New York**

**Dated:   White Plains, New York**
**         March 27, 2014**