# CLAIR & GJERTSEN
ATTORNEYS AT LAW

720 WHITE PLAINS ROAD
SCARSDALE, NEW YORK 10583
914 472 6202
FAX 472 1936
EMAIL: CLAIRGJERTSEN@CS.COM OR
IRACLAIR@AOL.COM

July 8, 2014

Hon. Robert Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:   Debra Marin
              12-23649

Dear Honorable Sir:

    Please be advised that we are adjourning all matters on consent from July 16, 2014 until August 20, 2014 at 10:00 am for the above referenced matter.

    Thank you for your attention in this matter.

                                        Respectfully,

                                        Gary R. Gjertsen