# CLAIR & GJERTSEN

ATTORNEYS AT LAW

720 WHITE PLAINS ROAD
SCARSDALE, NEW YORK 10583
914 472 6202
FAX 472 1936
EMAIL: CLAIRGJERTSEN@CS.COM OR
IRACLAIR@AOL.COM

Feb 19, 2015

Hon. Robert Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   Debra Marin
      12-23649

Dear Honorable Sir:

A hearing has been scheduled in the above referenced matter on May 7, 2015 at 10am.

Thank you for your attention in this matter.

Respectfully,

Gary R. Gjertsen