## United States Bankruptcy Court
### Southern District of New York - WP

In re ___Debra Marin_____     Case No.    ___12-23649___
                                Debtor(s)            Chapter    ___13___

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 10,000.00 |
| Prior to the filing of this statement I have received | $ | 10,000.00 |
| Balance Due | $ | 0.00 |

2.  $___0.00___ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor    ☑ Other (specify):    Third Party

4.  The source of compensation to be paid to me is:

    ☑ Debtor    ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render the following legal services:

    File a Notice of Appearance in this action as Special or Of Counsel to Clair & Gjertsen.  Serve on Ms. Carla Marin a demand for an examination under Rule 2004; Demand a copy of all of the time records she has kept; examine Ms. Marin under oath, prepare an affirmation in opposition to her claim for attorney fees, attend and argue at the hearing on July 30, 2015 on this matter.  Keep debtor apprised of all events in the case.

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    Anything not included in above.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: _____5/26/15_____          _____

                                    Michael H. Schwartz
                                    Michael H. Schwartz, P.C.
                                    One Water Street
                                    White Plains, NY 10601
                                    914 997-0071  Fax: 914 997-0536
                                    michael@NYLegalHelp.com

---