**MICHAEL H. SCHWARTZ, P.C.**
ATTORNEYS AT LAW

ONE WATER STREET
WHITE PLAINS, NEW YORK 10601

www.NYLegalHelp.com

TELEPHONE: 914 997-0071                                                   EMAIL: michael@NYLegalHelp.com
FAX: 914 997-0536

June 24, 2015

Wendy Weathers, Esq.
Cabanillas & Assocaties, P.C.
120 Bloomingdale Rd.
Suite 400
White Plains, NY 10605

via email only: wweathers@cabanillaslaw.com   and ECF

          In re:         Marin, Debra 12-23649
          My File No:    36676

Dear Ms Weathers:

   On June 13, 2015 I sent you a letter requesting that you notify me of any dispute as to any document sought in the Notice to Produce OR conflict in the date or time of the Deposition.

   Having not heard from you, I called your office and left a voice mail message for you today.

   If I do not hear back from you by Friday, I will request a conference with the Court.

                                        Very truly yours,

                                        *[signature]* SigPlus1
                                        06/24/2015 01:07:09 pm

                                        Michael H. Schwartz

c. Hon Robert D. Drain, USBJ