## MICHAEL H. SCHWARTZ, P.C.
**ATTORNEYS AT LAW**

**ONE WATER STREET**
**WHITE PLAINS, NEW YORK 10601**

www.NYLegalHelp.com

TELEPHONE: 914 997-0071                                                EMAIL: michael@NYLegalHelp.com
FAX: 914 997-0536

August 28, 2015

Robert D. Drain, USBJ
United States Bankruptcy Court
300 Quarropas Street
White Plains, NY 10603

                      STATUS REPORT    ECF ONLY

                      Re:  In re Debra Marin
                      Case No: 12-23649
                      Hearing Date: 9/18/2015
                      Our File No: 36676

Dear Judge Drain:

    On July 27, 2015 the Court issued its Revised Scheduling Order (ECF Doc 71). A Notice to Produce was timely served and timely complied with. All issues in the Objections to the Notice were timely resolved between counsel without the need for Court intervention.

    The Deposition of the Creditor was held on August 6, 2015 during which it was agreed that the creditor would file an Amended Proof of Claim which would better delineate the claim and obviate the need for prolonging the deposition.

    Although no deadline was or could be set to file the amended proof of claim, as it has not been filed as of today, it seems unlikely that the hearing can be held on September 18, 2015.

    I am requesting either a Status Conference or a New Scheduling Order setting forth a deadline to file the amended Proof of Claim, filing the anticipated objection to same and hearing on the objection.

*[Signature]* SigPlus1
08/28/2015 09:51:58 am

                      Michael H. Schwartz

MHS/me