**MICHAEL H. SCHWARTZ, P.C.**
**ATTORNEYS AT LAW**

**ONE WATER STREET**
**WHITE PLAINS, NEW YORK 10601**

www.NYLegalHelp.com

TELEPHONE: 914 997-0071                                      EMAIL: michael@NYLegalHelp.com
FAX: 914 997-0536

October 2, 2015

Honorable Robert D Drain, USBJ
United States Bankruptcy Court
300 Quarropas Street
White Plains, NY 10603

                            Re:  In re Debra Marin
                            Case No: 12-23649
                            Our File No: 36676

Dear Judge Drain:

    This letter will confirm that the hearing on the objection to the Amended Proof of Claim has been adjourned to January 28, 2016 at 10 AM. I do not expect any testimony and we will submit our opposition to the Amended Claim at least 30 days in advance.

                                      Very truly yours,

                                                   SigPlus1

                       10/02/2015  11:10:16 am
                                      Michael H. Schwartz

MHS/ar
c. Wendy Weathers, Esq.