# MICHAEL H. SCHWARTZ, P.C.
**ATTORNEYS AT LAW**

**ONE WATER STREET**
**WHITE PLAINS, NEW YORK 10601**

www.NYLegalHelp.com

TELEPHONE: 914 997-0071　　　　　　　　　　　　　　　　　　EMAIL: michael@NYLegalHelp.com
FAX: 914 997-0536

December 22, 2015

Honorable Robert D Drain, USBJ
United States Bankruptcy Court
300 Quarropas Street
White Plains, NY 10603

　　　　　　　　　　　　　　Re:  In re Debra Marin
　　　　　　　　　　　　　　Case No: 12-23649
　　　　　　　　　　　　　　Our File No: 36676

Dear Judge Drain:

　　This letter will confirm that the hearing on the objection to the amended proof of claim has been adjourned from January 28, 2016 at 10:00 a.m. to March 30, 2016 at 10:00 a.m.

　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　*/s/ Michael H. Schwartz*   SigPlus1
　　　　　　　　　12/22/2015  08:42:45 am
　　　　　　　　　　　　　　Michael H. Schwartz

MHS/ar

c. Wendy Weathers, Esq.