**MICHAEL H. SCHWARTZ, P.C.**
**ATTORNEYS AT LAW**

**ONE WATER STREET**
**WHITE PLAINS, NEW YORK 10601**

www.NYLegalHelp.com

TELEPHONE: 914 997-0071                                           EMAIL: michael@NYLegalHelp.com
FAX: 914 997-0536

August 2, 2016

Honorable Robert D Drain, USBJ
United States Bankruptcy Court
300 Quarropas Street
White Plains, NY 10603

                                     Re:   In re Debra Marin
                                     Case No: 12-23649
                                     Our File No: 36676

Dear Judge Drain:

    This letter will confirm that all matters on for August 10, 2016 have been adjourned to November 9, 2016.

                                       Very truly yours,

                                       *[signature]* SigPlus1
                              08/02/2016 12:14:32 pm

                                     Michael H. Schwartz

MHS/me

c. Wendy Weathers, Esq. via ECF only