# MICHAEL H. SCHWARTZ, P.C.
### ATTORNEYS AT LAW

ONE WATER STREET
WHITE PLAINS, NEW YORK 10601

www.NYLegalHelp.com

TELEPHONE: 914 997-0071  
FAX: 914 997-0536

EMAIL: michael@NYLegalHelp.com

January 24, 2017

Honorable Robert D Drain, USBJ
United States Bankruptcy Court
300 Quarropas Street
White Plains, NY 10603

                    Re:   In re Debra Marin
                    Case No: 12-23649
                    Our File No: 36676

Dear Judge Drain:

    This letter will confirm that all matters set for January 25, 2017 have been adjourned to April 12, 2017 at 10:00 a.m.

                              Very truly yours,

                              Michael H. Schwartz

MHS/ar

c. Wendy Weathers, Esq. via ECF only