UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE:

    Debra P. Marin
    aka Deborah Marin,

              Debtor.
-----------------------------------------------------------X

**NOTICE OF APPEARANCE**

Case No.: 12-23649-rdd

**S I R S :**

**PLEASE TAKE NOTICE,** that Deutsche Bank National Trust Company, as Trustee, on behalf of the registered holders of GSAMP Trust 2004-AR1, Mortgage Pass-Through Certificates, Series 2004-AR1 c/o Select Portfolio Servicing, Inc., hereby appears in this action and the undersigned has been retained as attorneys and demands that you serve all papers in this action upon the undersigned at the address stated below.

Dated: Buffalo, New York
       February 16, 2017

                                              Frenkel, Lambert, Weiss, Weisman & Gordon, LLP

                                              By: /s/ Michelle C. Marans
                                              Michelle C. Marans, Esq.
                                              53 Gibson Street
                                              Bay Shore, New York 11706
                                              (631) 969-3100
                                              Our File No.:01-083852-B00

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
IN RE:                                    CASE NO.: 12-23649-rdd

Debra P. Marin
aka Deborah Marin,                        CHAPTER 13

                    Debtor.          Judge: Robert D. Drain
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I, Corey J. Pietrzak, do certify that on February 16, 2017, I electronically filed the within Notice of Appearance in the above titled case with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to the following:

Michael H. Schwartz, Esq.
Attorney for the Debtor
mhs@mhspc.com

Jeffrey L. Sapir
Trustee
info@sapirch13tr.com


                                       /s/ Corey Pietrzak
                                       Corey Pietrzak