
# CABANILLAS & ASSOCIATES, P.C.
## A NY PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW

**120 BLOOMINGDALE ROAD, SUITE 400**
**WHITE PLAINS, NEW YORK 10605**

PHONE: 914-385-0292
FAX:   914-206-4447

Reply to White Plains Office

**CHRISTOPHER R. CABANILLAS** *
**WENDY MARIE WEATHERS** *
**ATHEEB U. KHATEEB** *◦◊
**LUZ A. LIZARAZO** *
**JENEE K. CICCARELLI** *◦
**PATRICIA M. LATTANZIO**\*◊
**NATHAN L. MENDENHALL**\*
**VANESSA L. WILLIAMS**\*
**QUENTEN E. GILLIAM**
**JAMES J. RUFO**

*OF COUNSELS:*
**LAUREN M. OSA** *‡
**CARMINA K. TESSITORE**◊
**JAMES R. WITTSTEIN**◊
**SAWSAN Y. ZAKY**\*◦◊

**Admitted In:**
\* New York
◦ New Jersey
◊ Connecticut
‡ Florida

Queens Office:
88-30 Sutphin Blvd.
Jamaica, NY 11435

Brooklyn Office:
80 Livingston Street, 1st Floor
Brooklyn, NY 11201

Bronx Office:
50 West Kingsbridge Road
Bronx, NY 10468

Suffolk Office:
781 Suffolk Avenue, 2nd Floor
Brentwood, NY 11717

New Jersey Office:
4100 Kennedy Blvd., Suite 102
Union City, NJ 07087

New Jersey Office:
825 Georges Road
North Brunswick, NJ 08902

Connecticut Office:
1450 Barnum Avenue, Suite 202
Bridgeport, CT 06610

March 31, 2017

VIA ECF
Honorable Robert Drain
United States Bankruptcy Court
Southern District Of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    Carla Marin
           Ch. 13, Case No.: 12-23649 (RDD)

Dear Honorable Judge Drain:

    This letter is to confirm that the hearing in the above referenced chapter 13 case originally scheduled for April 21st, 2017 is now adjourned to July 21st, 2017 at 10:00 AM.

    Very truly yours,

    */s/ Wendy M. Weathers, Esq.*
    Wendy M. Weathers

cc:
Michael Schwartz, Esq. via email

{01109071 /1 }