**MICHAEL H. SCHWARTZ, P.C.**
ATTORNEYS AT LAW

ONE WATER STREET
WHITE PLAINS, NEW YORK 10601

www.NYLegalHelp.com

TELEPHONE: 914 997-0071                                                   EMAIL:  michael@NYLegalHelp.com
FAX: 914 997-0536


July 19, 2017


Honorable Robert D Drain, USBJ
United States Bankruptcy Court
300 Quarropas Street
White Plains, NY 10603

                                      Re:  In re Debra Marin
                                      Case No: 12-23649
                                      Our File No: 36676

Dear Judge Drain:

    As requested, the Trial Hearing on the Debtor's objection to Claim 1 is set for October 6, 2017 at 10:00 a.m.

                                      Very truly yours,

                                      Michael H. Schwartz

MHS/ar

c. Wendy Weathers, Esq. via ECF only