------------------------------------------------------------------  Case Number 12-23649

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Name of Debtor:                                                    AFFIRMATION OF
DEBRA P. MARIN                                                     CAROLYN V. MINTER

------------------------------------------------------------------

CAROLYN V. MINTER, an attorney duly licensed to practice her profession in the Courts of this State, affirms the following under the penalties of perjury:

1. Affiant is the principal in the Law Offices of CAROLYN V. MINTER and was the attorney of record for Debra P. Marin in the foreclosure action commenced by Carla Marin in Dutchess County Supreme Court, Index Number 1298/2010. Ms. Marin retained the services of my firm on or about September, 2011. When she retained my services, Debra Marin expressed to me that it was her intention to reinstate the note and mortgage and pay the arrears.

2. On April 25, 2012, I appeared at the Dutchess County Supreme Court before Judge Forman for a status conference. I had informed the court and Carla Marin that I would not arrive until about noon because I had a prior court appearance in Westchester Supreme Court on an unrelated matter. . I did not arrive until I believe about 11:45 a.m.   The conference concluded about 12:15 p.m.

3. At the April 25, 2012 conference, I expressed to the court and Carla Marin, Debra Marin's willingness to reinstate the note and mortgage and Debra Marin's willingness and ability to pay the arrears which were accumulating every month. Carla Marin did not consent that Debra Marin could reinstate the note, although the mortgage terms specifically permitted reinstatement. Carla Marin would not acknowledge that Debra Marin did not owe her mother, Beatriz Marin, any mortgage payments at

the time of her death in November 2007 as evidenced in the cancelled checks provided by Debra Marin.

4. At the May 30, 2012 Dutchess County Supreme Court compliance conference before Judge Forman, the issue again was whether or not the parties could settle. Carla Marin would not discuss reinstatement of the note and mortgage. Carla Marin advised me and the court that her intent was to file for summary judgment. The May 30, 2012 conference was lengthy and lasted from about 9:45 a.m. to noon.

Dated: July 18, 2017

_____
CAROLYN V. MINTER

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                            Case No. 12-23649

In re Debra Marin,
                                            Affidavit of Service

                      debtor(s).
------------------------------------X

State of New York        }
                            : ss
County of Westchester  }

    I, Amy Radak, being duly sworn, hereby deposes and says:

    I am and at all times during the service, was not less than 18 years of age and reside in the County of Westchester.

    Service of the Affirmation dated 7/18/17 was made on July 24, 2017 by enclosing a true copy of same in a postage paid envelope and causing same to be delivered to the United States Postal Service for service by first class mail to:

Wendy Weathers
Cabanillas & Associates, P.C.
120 Bloomingdale Road
White Plains, NY 10607

                                          _____
                                          Amy Radak

Sworn to before me this
24 day of July, 2017

_____
Notary Public

MICHAEL SCHWARTZ
NOTARY PUBLIC, STATE OF NEW YORK
NO. 41-4745659
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES 12-31-17