**MICHAEL H. SCHWARTZ, P.C.**
ATTORNEYS AT LAW

ONE BARKER AVENUE
WHITE PLAINS, NEW YORK 10601

www.NYLegalHelp.com

TELEPHONE: 914 997-0071                                             EMAIL: michael@NYLegalHelp.com
FAX: 914 997-0536

September 29, 2017

Honorable Robert D Drain, USBJ
United States Bankruptcy Court
300 Quarropas Street
White Plains, NY 10603

                        Re:  In re Debra Marin
                        Case No: 12-23649
                        Our File No: 36676

Dear Judge Drain:

    Enclosed please find the Joint Trial Notebook.

    I sent the Joint Trial Notebook to counsel for the claimant yesterday and was advised to add the Affidavit for Carla Marin and Receipts that would be forthcoming.

    I emailed counsel requesting a copy of the Affidavit she was referring to, attempted without success to contact her today regarding same and the "Receipts", reviewed the Docket Report and could only locate one Affidavit responsive to the Objection and have attached it hereto on behalf of claimant.

    All Affidavits and documents in the Trial Notebook have been previously filed by the respective parties on ECF.

                                  Very truly yours,

                                  09/29/2017 11:30:45 am
                                Michael H. Schwartz

MHS/ar
c. Wendy Weathers, Esq. via ECF only