UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
NEW YORK
----------------------------------------------------------------x
In re:

Debra Marin                                          Chapter 13
                                                     Case No. 12-23649 (RDD)

       Debtor.
----------------------------------------------------------------x

## JOINT TRIAL NOTEBOOK

WITNESS LIST FOR MOVANT:

1. Debra Marin, 103 Croton Avenue, Ossining, New York by Affidavit. (ECF 84)

2. Carolyn Minter, Esq. 79 Croton Avenue, Ossining, New York by Affidavit. (ECF 86).

WITNESS FOR CLAIMANT:

1. Statement of Carla Marin, by Affidavit (ECF 45-1) without Exhibit.

DOCUMENT LIST:

1. Proof of Claim 1-2 of Estate of Ana Beatriz Marin.

2. Receipts for expenses by Carla Marin (NOT YET PROVIDED SO NOT AGREED TO).

LEGAL ISSUES:

1. Is Claimant entitled to legal fees requested in Proof of Claim 1-2.

2. Assuming Claimant is entitled to legal fees, what are the reasonable legal fees claimant is entitled to.

SigPlus1    Respectfully Submitted,

09/29/2017  11:31:26 am

_____
Michael H. Schwartz, P.C.
By Michael H. Schwartz
Attorney for Movant
One Barker Avenue
White Plains, NY 10601