# CABANILLAS & ASSOCIATES, P.C.
### A NY PROFESSIONAL CORPORATION
#### ATTORNEYS AT LAW

**120 BLOOMINGDALE ROAD, SUITE 400**
**WHITE PLAINS, NEW YORK 10605**

PHONE: 914-385-0292
FAX: 914-615-6516

Reply to White Plains Office

**CHRISTOPHER R. CABANILLAS** *§
**WENDY MARIE WEATHERS** *
**ATHEEB U. KHATEEB** *○◊
**LUZ A. LIZARAZO** *
**JENEE K. CICCARELLI** *○
**PATRICIA M. LATTANZIO***◊
**QUENTEN E. GILLIAM***○
**SETH M. LEVY***○
**ROLFI J. ADON***○
**PHIONAH N. BROWN***
**PAOLA D. VERA***○
**LAUREN M. OSA** *‡

*OF COUNSELS:*
**JAMES R. WITTSTEIN**◊
**FRANK DANZI**○
**SAWSAN Y. ZAKY***○◊
**VICTORIA LEHNING***
**YALISSA ALFARO**○
**STEPHEN W. FLYNN***

**Admitted In:**
* New York
○ New Jersey
◊ Connecticut
‡ Florida
§ California

Queens Office:
88-30 Sutphin Blvd.
Jamaica, NY 11435

Brooklyn Office:
39-16 5th Avenue
Brooklyn, NY 11217

Bronx Office:
1452 Westchester Ave.
Bronx, NY 10468

Suffolk Office:
781 Suffolk Avenue, 2nd Floor
Brentwood, NY 11717

New Jersey Office:
4100 Kennedy Blvd., Suite 102
Union City, NJ 07087

New Jersey Office:
825 Georges Road
North Brunswick, NJ 08902

Connecticut Office:
400 Main Street Suite 700
Stamford, CT 06901

September 29, 2017

Honorable Robert Drain, USBJ
United States Bankruptcy Court
Southern District Of New York
300 Quarropas Street
White Plains, New York 10601

  Re: Carla Marin
     Ch. 13, Case No.: 12-23649 (RDD)

Dear Honorable Judge Drain:

I am in receipt of Mr. Schwartz's letter and joint trial notebook, which was filed premature of my filing my client's affidavit and receipts, which Mr. Schwartz conceded was forthcoming.

Enclosed please find the Revised Joint Trial Notebook. All affidavits and documents in the Revised Joint Trial Notebook are filed by respective parties on ECF.

          Very truly yours,

          */s/ Wendy Marie Weathers, Esq.*
          Wendy Marie Weathers

cc:
Michael Schwartz, Esq. Via email and ECF