UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

In re:

Debra Marin                                        Chapter 13
                                                   Case No. 12-23649 (RDD)
       Debtor.
----------------------------------------------------------------x

## REVISED JOINT TRIAL NOTEBOOK

WITNESS LIST FOR MOVANT:

1. Debra Marin, 103 Croton Avenue, Ossining, New York by Affidavit. (ECF 84)

2. Carolyn Minter, Esq. 79 Croton Avenue, Ossining, New York by Affidavit. (ECF 86)

WITNESS LIST FOR CLAIMANT:

1. Statement of Carla Marin, 1762 Route 6, Carmel, New York by Affidavit. (ECF 45-1)

2. Affirmation of Carla Marin, 1762 Route 6, Carmel, New York by Affidavit. (ECF 88)

DOCUMENT LIST:

1. Proof of Claim 1-2 of Estate of Ana Beatriz Marin

2. Receipts for expenses by Carla Marin (ECF 88, Exhibit F)

LEGAL ISSUES:

1. Is Claimant entitled to legal fees requested in Proof of Claim 1-2.

2. Assuming Claimant is entitled to legal fees, what are the reasonable legal fees claimant is entitled to.

Respectfully Submitted,
/s/Wendy Marie Weathers_____
Cabanillas & Associates, P.C.
By Wendy Marie Weathers. Esq.

{01211100 /1 }

Revised Trial Notebook    Pg 2 of 2

Attorney for Claimant
120 Bloomingdale Road, Suite 400
White Plains, New York 10605

{01211100 /1 }