```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
In re:

Debra P. Marin,                                    Chapter 13
                                                   Case No.12-23649 (RDD)

            Debtor.
_____X
```

### ORDER REDUCING CLAIM NO. 1 FILED BY CARLA MARIN AS EXECUTRIX FOR THE ESTATE OF ANA BEATRIZ MARIN

Upon the objection (the ``Claim Objection'') of the above debtor (the ``Debtor'') under 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 seeking an order reducing Claim No. 1 filed in this case by Carla Marin as Executrix for the Estate of Ana Beatriz Marin (``Claim No. 1''); and there being due and sufficient notice of the Claim Objection, including upon the claimant at the address provided for notice on Claim No. 1; and upon the opposition to the Claim Objection filed by the claimant and all other pleadings and pre-hearing proceedings in connection with the Claim Objection; and upon the record of the evidentiary hearing held by the Court on the Claim Objection on October 6, 2017, at which Michael H. Schwartz appeared in support thereof and Cabanillas & Associates, P.C. appeared in opposition; and, after due deliberation and for the reasons stated by the Court in its bench ruling at the conclusion of the hearing, the Court having determined that Claim No. 1 should be reduced as provided herein; now, therefore, good and sufficient cause appearing, it is hereby

ORDERED, that the Claim Objection is granted solely to the extent that Claim No. 1 in this case is reduced to the sum of $34,976.00 in prepetition arrears and $9,000.00 in legal fees for a total claim of $43,976.00.

1

Dated: White Plains, New York
       October 24, 2017

/s/ Robert D. Drain
U.S. Bankruptcy Judge