UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In re                                                                                    Case No. 12-23649 (RDD)

Debra Marin,                                                                          Chapter 13

                                                    Debtor.

SSN xxx-xx-<u>0218</u>
-------------------------------------------------------------------x

## ORDER CONFIRMING CHAPTER 13 PLAN

<u>Definitions</u>: **Definitions used in the Debtor's Plan apply to this Order.**

The Debtor's chapter 13 plan was filed on September 28, 2012 and was modified on November 29, 2017 and December 8, 2017 (the "Plan"). The Plan was transmitted to creditors pursuant to Bankruptcy Rule 3015 and Local Rule 3015-1(c) and 3015-2. The Court finds that the Plan meets the requirements of 11 U.S.C. § 1325. Accordingly,

**IT IS ORDERED THAT:**

The Plan is hereby **CONFIRMED.**

Dated:  White Plains, New York
            April 23, 2018

                                                                    /s/ Robert D. Drain             _
                                                                    United States Bankruptcy Judge