# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–7 | User: agvargas | Date Created: 6/14/2018 |
| Case: 12–23649–rdd | Form ID: 3180W | Total: 26 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          Deutsche Bank National Trust Company, as Trustee, on behalf of the registered holders of GSAMP Trust 2004–AR1, Mortgage Pass–Through Certificates, Series 2004–AR1
cr          Carla L. Marin and Philip D. Marin as Executors of the Estate of Ana Beatriz Marin
5958819     Deutsche Bank National Trust Company, as Trustee
6026094     Deutsche Bank National Trust Company, as Trustee,

                                                                             TOTAL: 4

**Recipients of Notice of Electronic Filing:**
ust         United States Trustee        USTPRegion02.NYECF@USDOJ.GOV
tr          Krista M. Preuss         info@ch13kp.com
aty         Dawn Kirby        dkirby@ddw–law.com
aty         Eloy A Peral        eperal@wilkauslander.com
aty         James J. Rufo        jrufo@CushnerLegal.com
aty         Julie N Doyle        jdoyle@logs.com
aty         Matthew W. Silverman         msilverman@pryorcashman.com
aty         Michael H. Schwartz         mhs@mhspc.com
aty         Michelle C. Marans         MMarans@flwlaw.com
aty         Nicole Kolczynski         Nkolczynski@logs.com
aty         Shari Barak        sbarak@logs.com
aty         Wendy Marie Weathers         bankruptcy@cabanillaslaw.com

                                                                             TOTAL: 12

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Debra P Marin        10 Columbus Ave        Valhalla, NY 10595
cr          Select Portfolio Servicing, Inc. as servicer for Deutsche Bank National Trust Company, as Trustee, on behalf of the registered holders of GSAMP Trust 2004–AR1, Mortgage Pass–Through Certificates, Seri        Shapiro, DiCaro & Barak, LLC        105 Maxess Road, Suite N109        Melville, NY 11747
cr          Deutsche Bank National Trust Company, as Trustee, on behalf of the registered holders of GSAMP Trust 2004–AR1, Mortgage Pass–Through Certificates, Series 2004–AR1 c/o Select Portfolio Servicing, Inc.        c/o Frenkel Lambert et al.        53 Gibson Street        Bay Shore, NY 11706
5952358     BANK OF AMERICA, N.A.        450 AMERICAN ST        SIMI VALLEY, CA 93065
5952359     CHASE        PO BOX 15298        WILMINGTON, DE 19850
5952360     ESTATE OF ANA BEATRIZ MARIN        1762 ROUTE 6        CARMEL, NY 10512
6025720     Estate of Ana Beatriz Marin        c/o Carla Marin, Executrix        1762 Route 6        Carmel, NY 10512
7098612     Frenkel, Lambert, Weiss, Weisman & Gordon, LLP        Attorneys for Deutsche Bank        National Trust Company        53 Gibson Street        Bay Shore, NY 11706
6695072     Michael H. Schwartz, P.C.        Of Counsel to Clair & Gjertsen        One Water Street        White Plains, NY 10601
5952361     THD/CBNA        PO BOX 6497        SIOUX FALLS, SD 57117

                                                                             TOTAL: 10